223 So.2d 866

∎

**Ethel B. CARTWRIGHT**

v.

**CHRYSLER CORPORATION et al.**

No. 49781.

June 27, 1969.

In re: Ethel Cartwright applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 219 So.2d 561.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

223 So.2d 866

**Ethel B. CARTWRIGHT**

v.

**CHRYSLER CORPORATION et al.**

No. 49787.

June 27, 1969.

In re: Nelson Dodge, Inc., and Chrysler Corporation applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Calcasieu. 219 So.2d 561.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.